IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN L., on behalf of himself and his minor child, J.L., <br><br> Plaintiff, <br><br> vs. <br><br> LEXINGTON PUBLIC SCHOOLS; LEXINGTON SCHOOL COMMITTEE; DR. JULIE HACKETT, in her individual and official capacity as Superintendent of the Lexington Public School District; DR. GERARDO J. MARTINEZ, in his individual and official capacity as Principal of Joseph Estabrook Elementary School and; ANDREA SO, in her individual and official capacity as Director of Elementary Education, <br><br> Defendants. | Civil Action No.: 1:25-cv-13047-FDS |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Alan L., on behalf of himself and his minor child, J.L. (hereinafter "Plaintiff"), pursuant to Rule 65, Fed. R. Civ. P., and Local Rule 7.1, and on the grounds stated in the Attached Declaration, the supporting exhibits attached thereto, and the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction filed simultaneously herewith, moves the Court for an order of preliminary injunction enjoining Defendants and Defendants' officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, from violating Plaintiffs' constitutional and statutory rights and require Defendants to:

1.  Provide Plaintiff with notice and an opportunity to review copies of all planned classroom instruction, lessons, materials, assemblies, or other required activities at Joseph Estabrook Elementary School that will be assigned to J.L within 10 days of entry of the injunction.

1

In the event Defendants make any changes to classroom instruction, lessons, materials, assemblies or other curriculum, Defendants shall provide written notice to Plaintiff within a reasonable period of time to ensure that J.L. is properly opted-out of the curriculum.

    2.    Provide advance written notice to Plaintiff and an opportunity to opt out of any classroom instruction, lessons, materials, assemblies, or other required activities for J.L. that are reasonably understood to address, discuss, or depict in any manner matters relating to:

    a.    Sexual education;

    b.    LGBTQ relationships, lifestyles, or identities; or

    c.    Political or other ideologies promoting the LGBTQ Pride movement or Black Lives Matter (BLM).

    3.    Honor Plaintiff's written opt-out requests for J.L. to be excused from such classroom instruction, lessons, materials, assemblies, or other required activities.

    4.    Provide J.L. with an alternative activity during any class time that he is opted out of.

    5.    Refrain from retaliating against Plaintiff or J.L. in any manner for Plaintiff's exercise of his constitutional rights.

.

WHEREFORE, Plaintiff respectfully requests the Court grant its Motion and issue a preliminary injunction pending a decision on the merits of Plaintiff's claims in this matter.

Dated:  November 6, 2025

        SAMUEL J. WHITING
        MASSACHUSETTS LIBERTY LEGAL CENTER
          (Massachusetts Bar No. 711930)
        sam@mafamily.org

        ABIGAIL SOUTHERLAND*
        */s/Abigail Southerland*
          (TN Bar No. 026608)
        THE AMERICAN CENTER FOR LAW & JUSTICE
        625 Bakers Bridge Ave., Suite 105-121
        Franklin, Tennessee 37067
        Tel. 615-599-5572
        asoutherland@aclj.org

        JORDAN SEKULOW*
          (D.C. Bar No. 991680)
        STUART J. ROTH**
          (D.C. Bar No. 475937)
        ANDREW EKONOMOU*
          (GA Bar No. 242750)
        OLIVIA F. SUMMERS*
          (D.C. Bar No. 1017339)
        NATHAN MOELKER*
          (VA Bar No. 98313)
        THE AMERICAN CENTER FOR LAW & JUSTICE
        201 Maryland Avenue, NE
        Washington, D.C. 20002
        Telephone: (202) 546-8890
        Facsimile: (202) 546-9309


        * Admitted Pro Hac Vice.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(2), Plaintiff certifies that, by Counsel, he conferred in good faith with Counsel for the Defendants before filing this Motion for a Preliminary Injunction and the aforementioned Complaint, seeking to resolve the issues presented by this Motion. Such a resolution did not occur.

*/s/Abigail Southerland*
Abigail Southerland

## REQUEST FOR ORAL ARGUMENT

Plaintiff requests that the Court grant oral argument on this motion because Plaintiff believes oral argument will aid the Court in determining the issues presented herein.

5

### CERTIFICATE OF SERVICE

I, Abigail Southerland, hereby certify that on November 6, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of this filing to all registered participants. Paper copies will be sent to those indicated as non-registered participants.

*/s/ Abigail Southerland*
Abigail Southerland