On Mon, Aug 25, 2025 at 3:25 PM Alan L███████ <███████████████> wrote:

Hi all,

It was nice meeting you two today and I'm sure you are extremely busy with the anticipation of the first day tomorrow.

Per our conversation, can you please send me J████'s full schedule and the syllabus of the classes?

The first thing that stood out to me is the Health class on Tue. I don't want J████ to participate in that and █ could benefit more from attending the 1 on 1 instead.

Thanks, Alan

███████████

On Mon, Aug 25, 2025 at 3:43 PM Bonavita, Alexis <abonavita@lexingtonma.org> wrote:

Hi Alan,

It was great meeting you today as well! Thank you Mrs. Chestna for sharing that resource!

As far as the health class goes, I checked in with our ETS, Johanna, she shared that as long as we have it in writing (the email you sent is just fine) that J█████ not attend the health class, it is fine for ███ to receive 1:1 time with us in ██ ILP classroom.

Thank you for following up! Best,

Ms. Lexi

On Mon, Aug 25, 2025 at 3:53 PM Caroline Chestna <cchestna@lexingtonma.org> wrote:

Hello again,

Here is our Kindergarten Scope and Sequence for the year. I do not teach any of the OAP classes such as health, art, P.E., music or library so I do not have access to their curriculum. But this should cover all of the academic subjects for kindergarten. And again, this will be gone over in detail at the back to school night as well.

**Kindergarten Scope and Sequence**

*Caroline Chestna*
*Kindergarten Teacher*
*Estabrook School*

On Mon, Aug 25, 2025 at 3:55 PM Alan L▮ <▮▮▮▮▮▮> wrote:

 I'm going to opt out J▮▮▮ from ANY DEI curriculum noted on row 26.


If you need an official letter from me, please let me know.


Thanks, Alan

On Mon, Aug 25, 2025 at 4:08 PM Alan L▮ <▮▮▮▮> wrote:

Hi all,

Andrea So denied my request to view the file, do you know who I can talk to to escalate this?

Thanks, Alan

On Mon, Aug 25, 2025 at 4:19 PM Caroline Chestna <cchestna@lexingtonma.org>

wrote: Hi Alan,

Most of the hyperlinks are only accessible for Lexington public educators since they lead to curriculum websites that require logins. I will look into if there is a place to find more detailed curriculum information/syllabus by units for parents. On the website I shared, there are contacts/emails for curriculum department heads. They may have this information more easily accessible if you are hoping to look at it sooner. It may take me a bit of time to gather the information myself especially with all the craziness of the first week of school.

Thanks,
Mrs. Chestna
*Caroline Chestna*
*Kindergarten Teacher*
*Estabrook School*

# EXHIBIT A

On Mon, Aug 25, 2025 at 4:25 PM Alan L▮ <▮▮▮▮▮▮▮▮▮▮▮>

wrote: Hi Caroline,

Thank you so much for your effort and I am aware you have a lot on your plate and also understand there are many moving parts. However, as a parent, I am heavily interested in what is being taught to my child and the only way I can be sure is for me to go through everything myself.

With that, at the very minimum at this moment, under the DEI row, all hyperlink is empty and I would like to opt out J▮▮▮ from ANY DEI curriculum activities at Estabrook until more information is available to me.

Please let me know what I need to do to remove J▮▮▮ from ANY DEI curriculum at Estabrook?

Thanks for your time and effort! Alan

# EXHIBIT A

From: **Caroline Chestna** <cchestna@lexingtonma.org> Date: Mon, Aug 25, 2025, 17:55

Subject: Re: J███████ L██'s full schedule and syllabus for K To: Alan L██ <█████████████████>

Cc: Bonavita, Alexis <abonavita@lexingtonma.org>

Hi Alan,

I have edited this version of the scope and sequence with more parent accessible curriculum and unit information for you to review. There is a parent letter hyperlinked under DEI with more information on these lessons as well as other hyperlinks for social studies, science, math and fundations. Still working on parent resources/unit overviews for reading and writing but hope to have some more information in there soon!

**Kindergarten Scope and Sequence**

As far as the DEI lessons opting out, I will refer to Lexi and Johanna on how to proceed and what they may need from you.

Thanks, Caroline

*Caroline Chestna*
*Kindergarten Teacher*
*Estabrook School*