# EXHIBIT B

On Tue, Aug 26, 2025, 12:39 Hoxie, Johanna <jhoxie@lexingtonma.org> wrote:

Dear Alan and Yun,

I hope this email finds you well. Ms. Bonavita passed along your request for a Team meeting "to go over the exact curriculum", Alan. While we will not go into a heavily detailed discussion around curriculum, I can certainly schedule a Team meeting for the purpose of discussing J█████'s IEP goals, objectives, and services. Please let me know if you are intereseted and I will search for a date.

Thank you,
Johanna Hoxie, M.Ed., BCBA,
LABA Evaluation Team Supervisor
Intensive Learning Program
jhoxie@lexingtonma.org

On Wed, Aug 27, 2025 at 8:07 AM Alan L ███ <███████████████> wrote:

Hi Johanna,

I have another question, does Estabrook have the official opt out form for parents to officially fill out? It is usually done with the principal/principal office and it is officially documented.

I'm looking forward to meeting with you this week.

Thanks,
Alan


On Wed, Aug 27, 2025 at 8:33 AM Hoxie, Johanna <jhoxie@lexingtonma.org> wrote:

Hi Alan,

Central Office administration will be in touch with you in the near future regarding your opt-out request.  Regarding a Team meeting, the earliest we can meet is next week.  I will be in touch with a date and time soon.

Thank you,
Johanna Hoxie, M.Ed., BCBA, LABA
Evaluation Team Supervisor
Intensive Learning Program
jhoxie@lexingtonma.org


On Wed, Aug 27, 2025 at 9:10 AM Alan L ███ <███████████████> wrote:

Hi Johanna,

Understand that you are busy. SInce Estabrook doesn't have a parent approved IEP for J▆, please continue to follow the plan from LCP which does not include any DEI curriculum in ▆ education plan, which I wait for the central office for the official opt out form/request.

I'm looking forward to meeting you next week.

Thanks,
Alan

On Wed, Aug 27, 2025 at 12:57 PM Hoxie, Johanna <jhoxie@lexingtonma.org> wrote:

Thank you for your understanding, Alan.  In terms of goals, objectives, and accommodations, we are following the last accepted IEP, which is dated 12/11/24-12/10/25.  We are following the service delivery grid you accepted via amendment in the spring.  If you need a full copy of the IEP, please let me know.

Johanna Hoxie, M.Ed., BCBA, LABA
Evaluation Team Supervisor
Intensive Learning Program
jhoxie@lexingtonma.org

On Wed, Aug 27, 2025 at 1:51 PM Alan L▆ <▆> wrote:

Hi Johanna,

Thank you and I have a copy of the IEP.

However, the situation and element changed from LCP to Estabrook and I would like to amend the IEP to specifically exclude any DEI curriculum to be on J▆'s schedule in addition to the opt-out request with the central office.

Thank you for your effort and understanding.

Alan

On Thu, Aug 28, 2025 at 9:55 AM Hoxie, Johanna <jhoxie@lexingtonma.org> wrote:

Hi Alan,

I can offer a virtual meeting on 9/4 at 1:00, or we can meet in person. To reiterate, we will discuss IEP services (i.e., goals, objectives, service grid, accommodations). Central Office administration will be contacting you regarding your curriculum questions/opt-out request.

Please let me know if this date and time works for you. I will send the meeting invite electronically if so.

Best,
Johanna Hoxie, M.Ed., BCBA, LABA
Evaluation Team Supervisor
Intensive Learning Program
jhoxie@lexingtonma.org


On Thu, Aug 28, 2025 at 10:03 AM Alan L▮ <▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Hi Johanna,

Yes, virtual on 9/4 at 1PM to go over J▮▮▮'s IEP would be great. ▮ also had an incident yesterday at school where ▮ got bullied at the playground but ▮ couldn't report the incident and when check with Mrs.Chestna and Ms. Lexi and they said they didn't see anything, even J▮▮▮ was staff 100%.

I will forward you the email as well.

Thanks,
Alan


On Thu, Aug 28, 2025 at 2:10 PM Hoxie, Johanna <jhoxie@lexingtonma.org> wrote:

Hi Alan,

Attached is the meeting invite and below is the meeting link.  Thank you for sharing about the playground with me.  If necessary, we can discuss that next week as well.

J███ L█ Reconvene
Thursday, September 4 · 1:00 – 1:45pm
Time zone: America/New_York
Google Meet joining info
Video call link: https://meet.google.com/qju-mqyk-gbw
Or dial: (US) +1 234-805-1440 PIN: 167 356 074#
More phone numbers: https://tel.meet/qju-mqyk-gbw?pin=7076769176858

Johanna Hoxie, M.Ed., BCBA,
LABA Evaluation Team Supervisor
Intensive Learning Program
jhoxie@lexingtonma.org


From: **Alan L**█ <████████████>
Date: Thu, Aug 28, 2025 at 7:18 PM
Subject: Re: Request for Team meeting
To: Hoxie, Johanna <jhoxie@lexingtonma.org>

Thanks Johanna and looking forward to speaking to you next week.

Thanks,
Alan