EXHIBIT C

On Thu, Aug 28, 2025, 14:24 So, Andrea <aso@lexingtonma.org> wrote:

Dear Andy,

We have received your request to opt J[redacted] out of "any DEI activities," and for J[redacted] not to participate in Health class. Under the law, parents have the right to opt-out of *required* curriculum based on a sincerely held religious belief. Your request is not tied to a sincerely held religious belief and is not specific as to what required curriculum is objectionable. As such, I cannot grant your request.

Also, please note that with respect to health class; health and physical education is required instruction under Massachusetts law. Parents may opt out of the sexual reproduction unit of health education; however, this is not addressed in our health curriculum until upper elementary.

If you have questions or concerns regarding any required curriculum based on a sincerely held religious belief, please let me know.

Best, Andrea
Andrea So 蘇靜恩 (she/her)
Director of Elementary Education
Student Engagement Specialist (PK-12)
Lexington Public Schools

On Thu, Aug 28, 2025, 15:21 Alan L[redacted] <[redacted]> wrote:

Hi Andrea,

Thanks for your reply. J[redacted] and I are both Christians and we both attend church on Sunday.

Please remove J[redacted] from Health and DEI criculum.

Please let me know what other requirements are there so I can prepare properly.

Thanks, Alan
[redacted]

EXHIBIT C

From: **Alan L** <[redacted]> Date: Thu, Aug 28, 2025 at 3:22 PM Subject: Re: Response to Opt-Out Request To: So, Andrea <aso@lexingtonma.org>
Cc: Dr. Gerardo Martinez <gmartinez@lexingtonma.org>

Hi Andrea,

One more question, what is the formal opt out requirements at Estabrook? Can you please

provide the information to me?

Thanks, Alan