# EXHIBIT D

On Thu, Aug 28, 2025 at 7:39 PM Alan L████ <████████████████> wrote:

Hi Dr. Martinez,

Can you please let me know who is the Freedom of Information Act representative for Estabrook Elementary school so I can start a conversation in regards to the detailed syllabus for kindergarten at Estabrook?

Thanks, Alan

On Fri, Aug 29, 2025, 09:45 Martinez, Dr. Gerardo <gmartinez@lexingtonma.org> wrote:

Hello Mr. L██,

Your request for information should go to Kristen McGrath who is copied here. She will send you information and a form that will allow you to clarify your request.

Best, G

On Fri, Aug 29, 2025 at 9:47 AM Alan L██ <████████████████> wrote:

Thank you so much DR. G.

Hi Kristen,

I'm looking forward to hearing from you.

Thanks, Alan

From: **McGrath, Kristen** <kmcgrath@lexingtonma.org> Date: Fri, Aug 29, 2025 at 9:51 AM Subject: Re: Freedom of Information Act (FOIA) rep for Estabrook To: Alan L█ <███████████████>
Cc: Martinez, Dr. Gerardo <gmartinez@lexingtonma.org>

Good morning Mr. L█,

HERE is the link to the LPS Public Records Request information. There is a Google Form within the information that you can complete with your request.

Thank you, Kristen

**Visit our website for the Office of Personnel for all other questions and HR needs!**

*If you need help with the following, please see the corresponding contact:*
*~Benefits and Leaves, Employee Assistance Program, Retirement, Worker's Compensation: Tracy MacMillan-* tmacmillan@lexingtonma.org *x68051*

*~Absence Management, Hourly Employment Opportunities, Substitutes, Student Teachers and Interns: Sofia Perez -* soperez@lexingtonma.org *x68033*
*~Employment Opportunities, Lane Changes/Other: Kari Grossman -* kgrossman@lexingtonma.org *x68048*
*~Time Sheets and payroll questions - Finance/Payroll -* schoolpayroll@lexingtonma.org *x68078*

Kristen J. McGrath
Executive Administrative Assistant for Human Resources Phone: 781-861-2580, ext. 68046
Fax: 781-861-2582
***Joy in learning; curiosity in life; and compassion in all we do.***

# EXHIBIT D

On Sat, Aug 30, 2025 at 10:00 AM Alan L█ <████████████> wrote:

Hi Dr. Martinez,

Please see attached opt out letter for J███ L█ for the school year 2025-2026. Please let me know if you have any questions.

Thanks, Alan

From: **Martinez, Dr. Gerardo** <gmartinez@lexingtonma.org> Date: Wed, Sep 3, 2025, 10:29

Subject: Re: J████ L█ Opt Out letter 2025 - 2026 To: Alan L█ <████████████>

Dear Mr. L█,

I received your email and want to let you know that you will receive a response from our Elementary Curriculum Coordinator, Andrea So.

Best, G

**Dr. Gerardo J Martinez**
Principal
Joseph Estabrook Elementary School

EXHIBIT D

30August2025

Dear Dr. Gerardo Martinez,

Our child, J▮▮▮ L▮▮, is very excited for the 2025-2026 school year. We are writing to notify you that we will be exercising our right to opt our child out from the following:

1. Please exempt our child from all lessons, events, school assemblies or other instructional activities and programs which cover sex education or human sexuality issues, pursuant to Massachusetts General Laws Chapter 71, Section 32A. Please also notify me in advance when such lessons, events, activities, etc. are scheduled.

2. Please exempt our child from lessons, events, school assemblies or other instructional activities and programs which cover issues of sexual orientation or gender identity, pursuant to the U.S. Supreme Court's decision in Mahmoud v. Taylor. Please also notify me in advance when such lessons, events, activities, etc. are scheduled. The school's views on these issues conflict with our religious beliefs and instructing our child on these topics at school would substantially interfere with our constitutional right to instill our religious values in our child, as well as our fundamental parental rights.

3. Please exempt our child from any surveys, whether formal or informal, that ask about our child's sexual orientation, gender identity, mental health, religion, political beliefs, sexual behavior, drug use, family issues, or racism or racial attitudes, pursuant to the PPRA, 20 U.S. Code § 1232h. Please notify me in advance about any such surveys.

4. Do not use an alternate name or pronouns for our child to reflect a different gender identity at school. Doing so would violate our religious beliefs and substantially interfere with our constitutional right to direct our child's religious upbringing, as well as our fundamental parental rights.

As we are sure you know, state law also requires that no student shall be penalized by reason of any exemptions allowed by law, for example by denying him or her course credit. The Massachusetts Department of Elementary and Secondary Education further advises that, "In order to ensure that all students receive the structured learning time due them, the school should make efforts to accommodate the exempted student in another class, assign an alternative educational project, or provide the student with a directed study period for the duration of the exemption." See Commissioner of Education's April 7, 1997 "Advisory Opinion on the Parental Notification Law."

# EXHIBIT D

Thank you for understanding our position and for your attention to this matter. If you have any questions regarding this letter, you can contact us at 617-201-0628 or huskyal02@gmail.com.

We are looking forward to a great school year!

Respectfully,

Alan L█