# EXHIBIT E

From: **So, Andrea** <aso@lexingtonma.org> Date: Fri, Sep 5, 2025, 08:19
Subject: Re: Response to Opt-Out Request To: Alan L█ <█████████████>
Cc: Dr. Gerardo Martinez <gmartinez@lexingtonma.org>

Dear Mr. L█:

On August 30th, you submitted a written request to the District to opt your child, J█████ L█ out of a portion of the curriculum or educational requirement of the District on the basis of your religious beliefs.

With respect to your request to opt J█████ out of sexual education and human sexuality, we will accommodate that request in accordance with MGL c. 71 s. 32A. Please note that there is no sexual education and human sexuality education in Kindergarten.

I am also requesting further clarification regarding your other opt-out requests. Please note that a request for religious opt-out may be denied or returned for clarification if it does not clearly identify the specific *required* curriculum or instructional material at issue, or if it lacks sufficient detail to allow for meaningful review. Requests that are based on general educational disagreements, pedagogical preferences, philosophical views, or personal opinions, rather than sincerely held religious beliefs, do not qualify for exclusion under the *Mahmoud v. Taylor* standard. Requests that seek to opt-out of an entire course, subject area, or broad category of instruction without narrowly identifying a specific required curriculum may be rejected as overbroad. Your requests as written are overly broad and require further clarification as they seek to opt out of broad topics. Also, please note that under *Mahmoud v. Taylor,* you may opt your child out of *required* curriculum, but not general school events and activities.

Kindly please re-submit your opt-out request with more information regarding a specific lesson, or if you would like to review required curricular materials to better inform your request. I will promptly review your updated request when it is received.

If you have any questions regarding your request, or my decision to return your request for further clarification, please do not hesitate to contact me.

Best, Andrea