Alan L

# Request to Review Materials

**So, Andrea** <aso@lexingtonma.org>  Fri, Sep 19, 2025 at 11:02 AM
To: Alan L
Cc: "Dr. Gerardo Martinez" <gmartinez@lexingtonma.org>, Dawn-Marie Ayles <dayles@lexingtonma.org>

Hi Alan,

We have received your request to review DEI and Health Curricula materials.  Please see them here:

Health Kindergarten Curriculum
DEI Kindergarten Curriculum

Please reach out if you have any questions.
Best,
Andrea
--
Andrea So 蘇靜恩 (she/her)
Director of Elementary Education
Student Engagement Specialist (PK-12)
Lexington Public Schools