# EXHIBIT I
