IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN L., on behalf of himself and his minor child, J.L., <br><br> Plaintiff, <br><br> vs. <br><br> LEXINGTON PUBLIC SCHOOLS; LEXINGTON SCHOOL COMMITTEE; <br> DR. JULIE HACKETT, in her individual and official capacity as Superintendent of the Lexington Public School District; <br> DR. GERARDO J. MARTINEZ, in his individual and official capacity as Principal of Joseph Estabrook Elementary School and; <br> ANDREA SO, in her individual and official capacity as Director of Elementary Education, <br><br> Defendants. | Civil Action No.: 1:25-cv-13047-FDS |

## SUPPLEMENTAL DECLARATION OF ALAN L.

Now comes Alan L., pursuant to Fed. R. Civ. P. 56(c)(4) and 28 U.S.C. § 1746, and states as follows to this Honorable Court:

1. My name is Alan L. I am over 18 years of age. I am competent to make this declaration and I have personal knowledge of all of the contents of this declaration.

2. I am the father of J.L., a minor child who attends Kindergarten class at Joseph Estabrook Elementary School, located in Lexington, MA.

3. I have now obtained copies or images of some of the books that are listed as part of the curriculum materials for DEI and Social Studies and which violate my religious beliefs. Attached hereto as Exhibit J are images from those books.

1

Docusign Envelope ID: FBC8BCD1-38CF-4032-B496-5F9F64AA4818

4.  The images of books I have attached, all of which have been included on the curriculum, are:

    a. Prince and Knight, by Daniel Haack;

    b. Maiden and Princess, by Daniel Haack;

    c. Stella Brings the Family by Miriam Schiffier;

    d. Lovely by Jess Hong;

    e. Love Makes a Family, by Sophie Beer;

    f. A Family is a Family is a Family by Sara O'Leary;

    g. This Day in June, by Gayle E. Pitman;

    h. You Have a Voice by Vera Ahiiya.

5.  Each of the books identified in Exhibit J violate my sincerely held religious beliefs.

6.  I have also now, subsequent to the initial filing of this case, been provided with access to some of my child's curriculum. By accessing that curriculum, I have been able to confirm that the above books are included in the curriculum that has been assigned to my child. A true and accurate copy of the Social Studies and DEI Curriculum I received is attached as Plaintiff's Exhibit K.

7.  There are a number of other books that we have identified that also violate my sincerely held religious beliefs that are not attached hereto. The books listed above are provided only as examples of the types of content that I object to that Defendants intend to show to my child. This is a non-exhaustive list of books that I object to for the grounds that I delineated in my Motion for a Preliminary Injunction and supporting evidence.

8.  It is also not feasible for me to provide a comprehensive list of all books that I may object to on religious grounds, as the Defendants have represented that the curriculum is

2

"flexible" and subject to change throughout the year. This means that even if I were able to identify every currently objectionable book, new materials could be introduced at any time without notice to me, continuing to expose J.L. to content that violates our religious beliefs.

9. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Declaration concerning myself, my activities, and my intentions are true and correct pursuant to 28 U.S.C. § 1746.

10. I provided, through counsel, notice of this declaration to the Defendants. The Defendants have not consented to the filing of this supplemental affidavit.

Executed on  12/11/2025    , 2025,

                                                           Signed by: [signature] A6B5FA462C8041C...

                                                           Alan L.