Exhibit J

*Prince and Knight* by Daniel Haack

Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J

*Maiden and Princess* by **Daniel Haack**

Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J

*Stella Brings the Family* by Miriam Schiffer

Exhibit J



But Stella had two dads.

Everyone else had a mother. Howie had two!

Stella would be the only one without a mother at the Mother's Day party.

"We're going to have a celebration for Mother's Day," she said, "and each of you can invite a special guest."

Jonathan and Leon said they'd invite their moms. Carmen was sure her mamá would come.

Exhibit J



Exhibit J



"Well, that's a long answer," said Stella.

"I get lots of kisses when I'm hurt. Either from Papa or Daddy or Nonno or Aunt Gloria or Uncle Bruno or Cousin Lucy. But I still have no special guest for Mother's Day."

"No mother?" asked Howie. "But who reads you bedtime stories like my mothers do for me?"

"Daddy and Papa read stories to me," said Stella.

"But who kisses you when you are hurt?" Carmen asked.

Exhibit J



Exhibit J



Exhibit J

*Lovely* by Jess Hong

Exhibit J



Exhibit J



Exhibit J

*Love Makes a Family* by **Sophie Beer**

Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J

*A Family is a Family is a Family* by **Sara O'Leary**

Exhibit J



Exhibit J



Exhibit J



Exhibit J

*This Day in June* by Gayle E. Pitman

Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J



Exhibit J

*You Have a Voice* by Vera Ahiiya



You Have A Voice (Children's Read Aloud Story)

When someone is being treated differently because of the color of their skin, speak up, say 'Stop!' 'This isn't right!' 'I won't let racism win.'

Exhibit J

