UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-cv-13047-FDS

ALAN L., on behalf of himself and his minor
Child, J.L.,
    Plaintiff,

v.

LEXINGTON PUBLIC SCHOOLS; LEXINGTON
SCHOOL COMMITTEE; DR. JULIE HACKETT, in
individual and official capacity as Superintendent of
the Lexington Public School District; DR. GERARDO
J. MARTINEZ, in his individual and official capacity
as Principal of Joseph Estabrook Elementary School and;
ANDREA SO, in her individual and official
Capacity as Director of Elementary Education,
    Defendants.

## MOTION TO DISMISS BY DEFENDANTS
## LEXINGTON PUBLIC SCHOOLS, LEXINGTON SCHOOL COMMITTEE,
## DR. JULIE HACKETT, DR. GERARDO MARTINEZ AND ANDREA SO

NOW COME the defendants, Lexington Public Schools ("LPS"), Lexington School Committee, Dr. Julie Hackett ("Hackett"), Dr. Gerardo Martinez ("Martinez") and Andrea So ("So"),[1] pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and respectfully move for dismissal of Counts I-VI of the Complaint filed by the plaintiff, Alan L. ("Alan"). (Dkt. No. 1). Alan's Complaint contains the following causes of action:

| COUNT | THEORY | DEFENDANTS |
|---|---|---|
| I | Violation of Plaintiff's First Amendment right to free exercise of religion pursuant to 42 U.S.C. § 1983 | All Defendants |
| II | Violation of Plaintiff's Fourteenth Amendment right to substantive due process pursuant to 42 U.S.C. § 1983 | All Defendants |
| III | Violation of Plaintiff's Fourteenth Amendment right to procedural due process pursuant to 42 U.S.C. § 1983 | All Defendants |
| IV | Violation of Plaintiff's Right to Free Exercise of Religion pursuant to Mass. Const. Amend. Art. 46, § 1 | All Defendants |

---

[1] Collectively referred to herein as "Defendants."

| | | |
|---|---|---|
| V | Violation of Plaintiff's Right to Direct the Upbringing and Religious Education of His Child pursuant to the Mass. Decl. of Rights, Art. 12 | All Defendants |
| VI | Violation of the Massachusetts Civil Rights Act (M.G.L. c. 12, § 11I) | Hackett Martinez So |

Defendants move for the dismissal of Counts I-VI pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and on grounds of qualified immunity. In support of this motion, Defendants respectfully refer the Court to the accompanying memorandum of law.

Respectfully submitted,

Defendants,
LEXINGTON PUBLIC SCHOOLS,
LEXINGTON SCHOOL COMMITTEE; DR.
JULIE HACKETT; DR. GERARDO J.
MARTINEZ and ANDREA SO,
By their attorneys:

*/s/ Alexandra M. Gill*
Douglas I. Louison (BBO# 545191)
dlouison@lccplaw.com
Alexandra 'Sasha' M. Gill (BBO# 663040)
sgill@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA  02109
617-439-0305

**CERTIFICATE OF CONSULTATION PURSUANT TO L.R. 7.1**

Pursuant to Local Rule 7.1(a)(2), I certify that on January 5, 2026, counsel conferred via telephone regarding this motion and attempted in good faith to resolve or narrow the issue(s), but were unable to reach agreement.

                                                      /s/ *Alexandra M. Gill*
                                                      Alexandra 'Sasha' M. Gill

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through ECF system on January 20, 2025, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this date. Email copies will be sent to those listed as non-participants on the ECF system.

                                                      /s/ *Alexandra M. Gill*
                                                      Alexandra 'Sasha' M. Gill