IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN L., on behalf of himself and his minor child, J.L., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEXINGTON PUBLIC SCHOOLS; LEXINGTON ) <br> SCHOOL COMMITTEE; ) <br> DR. JULIE HACKETT, in her individual and ) <br> official capacity as Superintendent of the ) <br> Lexington Public School District; ) <br> DR. GERARDO J. MARTINEZ, in his ) <br> individual and official capacity as Principal of ) <br> Joseph Estabrook Elementary School and; ) <br> ANDREA SO, in her individual and official ) <br> capacity as Director of Elementary Education, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 1:25-cv-13047-FDS |

**OPT-OUT LIST FOR J.L. FOR 2025-2026 KINDERGARTEN SCHOOL YEAR**

NOW COMES Plaintiff Alan L. and presents this opt-out list in response to the Court's December 30, 2025 Preliminary Injunction, which ordered Defendants to provide Plaintiff with "copies of any Other LGBTQ+ Educational Materials in their possession" and ordered Plaintiff to "specifically identify in writing any Other LGBTQ+ Educational Materials that he contends would burden his free-exercise rights by 'substantially interfere[ing] with' J.L.'s 'religious development' or posing a 'very real threat of undermining the religious beliefs and practices' he wishes to instill in J.L."

To date, Plaintiff has not received copies of any Other LGBTQ+ Educational Materials in Defendant's possession, pursuant to the Court's order. In identifying the

1

books below that are currently known to him, Plaintiff does not waive his right to opt out of Other LGBTQ+ Educational Materials as they become known to him.

## DEI Curriculum

*Pink is for Boys* by Robb Pearlman - supports gender nonconformity in dress and appearance

*Prince and Knight* by Daniel Haack – depicts as normative same-sex attraction and marriage

*Maiden and Princess* by Daniel Haack – depicts as normative same-sex attraction and marriage

*Stella Brings the Family* by Miriam Schiffer – depicts as normative children with same-sex parents

*I Am Perfectly Designed* by Karamo Brown – depicts as normative same-sex couples

*Except When They Don't* by Dr. Laura Gehl – supports gender nonconformity in dress and appearance

*We are Allies* by Taimani Emerald – promotes LGBTQ activism, Pride rainbow/transgender colors, "Love is Love" sign

*You Have a Voice* by Vera Ahiiya – Promotes Pride Parade

*Lovely* by Jess Hong – Features man who is crossdressing

## Social Studies Curriculum

*What Riley Wore* by Elana K. Arnold – supports gender nonconformity in dress and appearance

*Sparkle Boy* by Lesléa Newman - supports gender nonconformity in dress and appearance

*Pink is for Boys* by Robb Pearlman - supports gender nonconformity in dress and appearance

*Red: A Crayon Story* by Michael Hall – supports gender ideology

2

*Love Makes a Family* by Sophie Beer  - promotes as normative families that include homosexual relationships

*A Family is a Family is a Family* by Sara O'Leary – depicts as normative same-sex parents

*This Day in June* by Gayle E. Pitman – Promotes Pride parade

*Julian is a Mermaid* by Jessica Love – promotes gender ideology and gender nonconformity in dress and appearance


Dated:  January 28, 2025



        Alan L., Plaintiff
        *By his Attorneys*

        SAMUEL J. WHITING
        MASSACHUSETTS LIBERTY LEGAL CENTER
            (Massachusetts Bar No. 711930)
            sam@mafamily.org

        ABIGAIL SOUTHERLAND*
        <u>/s/Abigail Southerland</u>
            (TN Bar No. 026608)
        THE AMERICAN CENTER FOR LAW & JUSTICE
            625 Bakers Bridge Ave., Suite 105-121
            Franklin, Tennessee 37067
            Tel. 615-599-5572
            asoutherland@aclj.org

        JORDAN SEKULOW*
            (D.C. Bar No. 991680)

          STUART J. ROTH**
            (D.C. Bar No. 475937)

          ANDREW EKONOMOU*

            (GA Bar No. 242750)

        OLIVIA F. SUMMERS*

            (D.C. Bar No. 1017339)

        NATHAN MOELKER*

3

(VA Bar No. 98313)

THE AMERICAN CENTER FOR LAW & JUSTICE

201 Maryland Avenue, NE
  Washington, D.C. 20002
  Telephone: (202) 546-8890
  Facsimile: (202) 546-9309

* Admitted Pro Hac Vice.