

## Kindergarten DEI Units At-A-Glance

| Standards Addressed | DEI Developed Lesson | Additional Curriculum Connections/ Built in Options | Read Aloud Connections/Suggestions |
|---|---|---|---|
| **Identity** <br> ID.K-2.1 <br> ID.K-2.2 <br> ID.K-2.3 <br> ID.K-2.4 <br> ID.K-2.5 | Lesson 2: Standard 1,3 <br> Lesson 10: Standard 1, 3 | *Social Studies addresses standards 1-5 in lessons like, "Self-Portraits" "Is Everyone Unique?" "Our Names" "Supporting Each Other", family unit* <br><br> *Math addresses standards 1 - 5 in community building, lesson structure, cultural contexts, language routines, partner work, and invitation to learning* <br><br> *Science addresses standards 1, 3, 4 in "Who Me? A Scientist"* | *Lovely* by Jess Hong |
| **Diversity** <br> DI.K-2.6 <br> DI.K-2.7 <br> DI.K-2.8 <br> DI.K-2.9 <br> DI.K-2.10 | Lesson 1: Standard 8, 9 <br> Lesson 2: Standard 7 <br> Lesson 3: Standard 9 <br> Lesson 5: Standard 7 <br> Lesson 6: Standard 9 <br> Lesson 10: Standard 7 <br> SEL Optional Lesson 2: Standard 6 <br> SEL Optional Lesson 1: Standard 9 | *lesson 3 is a great extension of SEL lessons "playground curriculum" <br> *lesson 5 introduces stereotypes <br><br> Standard 9: Connect with SEL/Health feelings lesson (or use this lesson) <br> Standard 6: connect with SEL/Health lesson "friendliness" (or use this lesson) <br><br> Standard 8 addressed in a lot of literacy read alouds (windows and mirrors texts) <br><br> *Math addresses standards 6-10 in partner work routines.* <br><br> *Literacy Mentor Texts should look at these diversity standards for a focus on discussion/comprehension.* | *Except When They Don't* by Laura Gehl <br><br> *Prince and Knight* by Daniel Haack <br><br> *Maiden and Princess* by Daniel Haack <br><br> *Stella Brings the Family* by Miriam Schiffer |

## Lesson 5: Heroes Don't Stereotype
*30 minutes*

| | |
|---|---|
| **Lesson Focus Question** | - What is a stereotype?<br>- Why do people stereotype?<br>- What are some ways we can stop stereotypes? |
| **Students will be able to...** | - Students will learn the meaning of "stereotype"<br>- Students will begin to recognize different stereotypes<br>- Students will begin to think of ways to stop stereotypes |
| **Materials and Prep** | **For Teachers**<br>- *Pink is for Boys* by Robb Pearlman<br>- List of potential stereotypes |
| **Vocabulary** | - Stereotype: something that is said to be true about a large group of people<br>- "Some… not all" |

| | |
|---|---|
| **Background Information** | **JU.K-2.11**<br>**I know my friends have many identities but they are still just themselves**<br><br>**D.K-2.7**<br>**I can describe some ways that I am similar to and different from people who have my identities and those who have other identities.**<br><br>This lesson introduces kids to the idea of stereotyping. This lesson is best done before the SS Lesson on "Being an ally". |

| **Lesson Component** ||
|---|---|
| **Introduction**<br>*5 minutes* | 1. Tell students that we will be learning about a new term today: stereotypes and/or stereotyping. Has anyone heard this word before? |

| | |
|---|---|
| | 2. Define stereotype: "A stereotype means saying or thinking that something is the same about all the people from a large group" Ask students to think about this idea as you read the book. |
| **Active Engagement** *20 minutes* | 1. Read the book <u>Pink is for Boys</u> by Robb Pearlman<br>2. Teacher Discussion Prompts: There's no such thing as "boy colors" or "girl toys" etc.<br>3. After the read aloud, discuss stereotypes: Stereotypes are when someone talks about a group of people and saying that they ALL _____ (feel this, like this, don't like this, think this or do this, etc). Do some girls like pink? Yes, of course! But do ALL girls like pink? No! The problem with stereotypes is that if a girl doesn't like pink, then she might feel bad because the stereotype is that ALL girls like pink. Also, if a boy likes pink, he might think he shouldn't like pink, because the stereotype is that ONLY girls like pink. Stereotypes are not true and they hurt people's feelings.<br>4. Have students share with a partner what other stereotypes they have noticed. Ask for volunteers to share out.<br>5. Ask students why they think stereotypes might be hurtful. Is everyone from a large group of people the same? Why or why not?<br>6. Instead of saying *all girls like pink* or *only girls can like pink,* we could say, "some girls like pink, but not all!" Saying, **"some… not all**… is a helpful way for talking about things that might be true for some people but not everyone in a group! Talk over a few other examples based on the stereotypes that were listed earlier.<br>7. Play Stereotype Sit Down! Say some stereotypes. Ask students to stand up if it's not and to sit down if it is. |
| **Reflection/ Closing** *5 minutes* | 1. Tell students that they are now stereotype detectives and that heroes don't stereotype, and say something when they see or hear a stereotype. When they go to a toy store, look out at the toys. What color are boxes you see? Do you see a picture of a boy or a girl on the box? You will probably see stereotypes on toys, or in ads on TV. , |
| **Optional Extension** | ● Other read alouds<br>  ○ <u>Except When They Don't</u> by Dr. Laura Gehl<br>  ○ <u>Mary Wears What She Wants</u> by Keith Negley |