UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  1:25-cv-13047-FDS

ALAN L., on behalf of himself and his minor
Child, J.L.,
      Plaintiff,

v.

LEXINGTON PUBLIC SCHOOLS; LEXINGTON
SCHOOL COMMITTEE; DR. JULIE HACKETT, in
individual and official capacity as Superintendent of
the Lexington Public School District; DR. GERARDO
J. MARTINEZ, in his individual and official capacity
as Principal of Joseph Estabrook Elementary School and;
ANDREA SO, in her individual and official
Capacity as Director of Elementary Education,
          Defendants.

### DEFENDANT LPS' MOTION FOR LEAVE TO SERVE LATE DISCOVERY RESPONSES AND OBJECTIONS PURSUANT TO FED. R. CIV. P. 6(b)(1)(B), AND FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c)

Defendant LPS ("Defendant") hereby moves this Court for an order: (1) permitting Defendant to serve late responses and objections to Plaintiff's First Set of Interrogatories and Requests for Production pursuant to Fed. R. Civ. P. 6(b)(1)(B); and (2) entering a protective order pursuant to Fed. R. Civ. P. 26(c) providing that Defendant's objections are not waived notwithstanding the untimely service of responses.  In support thereof, Defendant submits the accompanying memorandum of law.

WHEREFORE, Defendant respectfully requests that this Court enter an order:

A. Granting Defendant leave to serve responses and objections to Plaintiff's discovery requests on or before May 26, 2026 pursuant to Fed. R. Civ. P. 6(b)(1)(B);

B. Deeming Defendant's responses and objections timely served *nunc pro tunc* if served by May 26, 2026;

C. Entering a protective order pursuant to Fed. R. Civ. P. 26(c) providing that Defendant's objections are not waived and preserving Defendant's privilege and work-product objections.

<div style="margin-left: 40%;">

Respectfully submitted,

Defendants,
LEXINGTON PUBLIC SCHOOLS,
LEXINGTON SCHOOL COMMITTEE; DR.
JULIE HACKETT; DR. GERARDO J.
MARTINEZ and ANDREA SO,
By their attorney:

/s/ Alexandra M. Gill
Douglas I. Louison (BBO# 545191)
dlouison@lccplaw.com
Alexandra 'Sasha' M. Gill (BBO# 663040)
sgill@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA  02109
617-439-0305

</div>

## CERTIFICATE OF CONSULTATION PURSUANT TO L.R. 7.1

Pursuant to Local Rule 7.1(a)(2), I certify that on May 11, 2026, counsel conferred via telephone regarding this motion and attempted in good faith to resolve or narrow the issue(s), but were unable to reach agreement.

<div style="margin-left: 40%;">

/s/ Alexandra M. Gill
Alexandra 'Sasha' M. Gill

</div>

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through ECF system on May 11, 2026, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this date. Email copies will be sent to those listed as non-participants on the ECF system.

<div style="margin-left: 40%;">

/s/ Alexandra M. Gill
Alexandra 'Sasha' M. Gill

</div>